Rosemary E. Percival, Public Defender, Kansas City, for appellant.

John M. Morris, Asst. Attorney General, Jefferson City, for respondent.

Before ULRICH, C.J., P.J., and BERREY and SMART, JJ.

### ORDER

PER CURIAM.

Mekonen Tebege appeals his conviction of assault in the second degree and armed criminal action, for which he was sentenced to consecutive terms of one and three years imprisonment. He also appeals the denial of his Rule 29.15 motion for post-conviction relief.

Having considered his contentions on appeal, this court finds that they are without merit. The decision is without precedential value, but a memorandum of the reasons for the decision has been furnished to the parties.

The judgments are affirmed. Rule 30.25(b) and Rule 84.16(b).

John Munson Morris, Asst. Attorney General, Jefferson City, for Respondent.

Susan Lynn Hogan, Public Defender, Kansas City, for Appellant.

Before LOWENSTEIN, P.J., and BERREY and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

This consolidated appeal arises from a jury conviction for first degree robbery § 569.020, RSMo 1994, and armed criminal action § 571.015, RSMo 1994, in Jackson County. Appellant was sentenced as a prior and persistent offender to consecutive sentences of twenty and five years. Appellant also appeals the denial of his Rule 29.15 motion.

Judgments affirmed. Rules 30.25(b) and 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Steven RICE, Appellant.**

**Nos. WD 50161, WD 52343.**

Missouri Court of Appeals, Western District.

April 8, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 1997.

Application to Transfer Denied Aug. 19, 1997.

**Richard J. KOURY II, Respondent,**

v.

**Nancy S. STRAIGHT and Charles W. Nichols, Appellants.**

**No. WD 51399.**

Missouri Court of Appeals, Western District.

April 8, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 27, 1997.

Application to Transfer Denied Aug. 19, 1997.